Certificate Number 06531-ILN-CC-002621620

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 3, 2007 , at 10:44 o'clock AM CDT ,

Kurt D Stevens received from

Allen Credit and Debt Counseling Agency

an agency approved pursuant to 11 U.S.C § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C §§ 109(h) and 111

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate

This counseling session was conducted by internet

Date October 3, 2007    By /s/Connie Krosch

    Name Connie Krosch

    Title Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 06531-ILN-CC-002633731

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 4, 2007, at 9:22 o'clock PM CDT,

Julie A Stevens received from

Allen Credit and Debt Counseling Agency,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.


Date: October 4, 2007          By     /s/Lori A Danburg

                               Name   Lori A Danburg

                               Title  Credit Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).